Edward Manibusan (F0131)
Attorney General
Alison Nelson (T0160)
Assistant Attorney General
Keisha Blaise (T0151)
Assistant Attorney General
Office of the Attorney General
Hon. Juan A. Sablan Mem. Bldg., 2nd Floor
Saipan, MP 96950-8907
Tel: (670) 237-7500
Fax: (670) 664-2349
Email: keisha_blaise@cnmioag.org

*Attorneys for Defendant*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| **IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC** | **CIVIL CASE NO. 1:23cv-00016** |
| **Plaintiff,** | **DEFENDANT'S MOTION TO DISMISS COMPLAINT PURSUANT TO RULES 12(b)(1) AND 12(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |
| v. | |
| **COMMONWEALTH CASINO COMMISSION** | **Date: March 7, 2024** |
| **Defendant.** | **Time: 9:00 AM** <br> **Judge: Honorable Ramona V. Manglona** |

COMES NOW Defendant Commonwealth Casino Commission (the "Commission") by and through undersigned counsel and hereby files this Motion to Dismiss the Complaint filed by Plaintiff Imperial Pacific International (CNMI), LLC ("IPI") under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

Dated: January 24, 2024

OFFICE OF THE ATTORNEY GENERAL

_____/s/_____
Keisha Blaise (T0151)
Assistant Attorney General
Attorney for Defendant

_____/s/_____
Alison M. Nelson (T0160)
Assistant Attorney General
Attorney for Defendant