Edward Manibusan (F0131)
Attorney General
Alison Nelson (T0160)
Assistant Attorney General
Keisha Blaise (T0151)
Assistant Attorney General
Office of the Attorney General
Hon. Juan A. Sablan Mem. Bldg., 2nd Floor
Saipan, MP 96950-8907
Tel: (670) 237-7500
Fax: (670) 664-2349
Email: keisha_blaise@cnmioag.org

*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC**<br><br>**Plaintiff,**<br><br>v.<br><br>**COMMONWEALTH CASINO COMMISSION**<br><br>**Defendant.** | **CIVIL CASE NO. 1:23cv-00016**<br><br>**JOINT STIPULATION BY PLAINTIFF AND DEFENDANT TO DISMISS ALL CLAIMS WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

COME NOW Defendant Commonwealth Casino Commission (the "Commission") and Plaintiff Imperial Pacific International (CNMI), LLC ("IPI") by and through undersigned counsels, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, to **DISMISS WITHOUT PREJUDICE** all claims in the above-captioned matter against Defendant, with Plaintiff and Defendant to each bear their own fees and costs. This Joint Stipulation is based upon Plaintiff and Defendant's agreement to dismiss without prejudice all claims in the above-captioned matter.

Dated: January 25, 2024

OFFICE OF THE ATTORNEY GENERAL

/s/
Keisha Blaise (T0151)
Assistant Attorney General
Attorney for Defendant

/s/
Alison M. Nelson (T0160)
Assistant Attorney General
Attorney for Defendant

/s/
Stephen Nutting
Law Office of Stephen J. Nutting
6th Floor Marianas Business Plaza
P.O. Box 5093 Saipan, MP 96950
Attorney for Plaintiff

/s/
Michael Chen
Michael Chen Law Offices
7330 Edna Ave.
Las Vegas, NV 89117
*Pro Hac Vice*
Attorney for Plaintiff